```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 42598
    ULYRICA LIZ THORPE
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-0980


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/16/2004 and was confirmed 02/08/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   13.33%.

      The case was paid in full 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
STATES RESOURCES CORP       SECURED             8718.00        886.87       8718.00
INTERNAL REVENUE SERVICE    PRIORITY            3757.45           .00       3757.45
US ATTORNEYS OFFICE         NOTICE ONLY       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    UNSECURED           3124.55          .00         416.47
IRS TAX DIVISION            NOTICE ONLY       NOT FILED          .00            .00
ARROW FINANCIAL SERVICES    UNSECURED         NOT FILED          .00            .00
CAPITAL ONE VISA            UNSECURED         NOT FILED          .00            .00
CAPITAL ONE SERVICES        UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL               UNSECURED         NOT FILED          .00            .00
BUREAU OF PARKING-BANKRU    UNSECURED           1710.00          .00         227.93
FIRST NATIONS BANK          UNSECURED         NOT FILED          .00            .00
GINNYS                      UNSECURED OTH        88.27           .00          11.77
HFC & SUBSIDIARIES          UNSECURED         NOT FILED          .00            .00
LERNERS                     UNSECURED         NOT FILED          .00            .00
MIDLAND                     UNSECURED         NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~      UNSECURED           347.69           .00          46.34
PROGRESS CREDIT UNION       UNSECURED           911.54           .00         121.50
NORTHWEST COLLECTION        UNSECURED         NOT FILED          .00            .00
RISK MANAGEMENT ALTERNAT    UNSECURED         NOT FILED          .00            .00
SEVENTH AVENUE              UNSECURED           128.71           .00          17.16
IL DEPT OF EMPLOYMENT SE    UNSECURED           8577.50          .00        1143.29
SWISS COLONY                UNSECURED         NOT FILED          .00            .00
TCF BANK                    UNSECURED           658.16           .00          87.73
SWISS COLONY                UNSECURED         NOT FILED          .00            .00
WORLD FINANCIAL NETWORK     UNSECURED           396.48           .00          52.85
ASSET ACCEPTANCE CORP       UNSECURED           174.77           .00          23.30
JEFFERSON CAPITAL SYSTEM    UNSECURED           3799.04          .00         506.37
MELVIN J KAPLAN             DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                  TRUSTEE                                         1,082.97
DEBTOR REFUND               REFUND                                            266.00


      Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42598 ULYRICA LIZ THORPE
```

```
-------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE               20,066.00

PRIORITY                                         3,757.45
SECURED                                          8,718.00
    INTEREST                                       886.87
UNSECURED                                        2,654.71
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,082.97
DEBTOR REFUND                                      266.00
                      ---------------         ---------------
TOTALS                20,066.00                 20,066.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 06/13/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 42598 ULYRICA LIZ THORPE